# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| MAI NGUYEN, ET AL., | § | |
| | § | **CIVIL ACTION NO. 1:17CV03304** |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| ISKENDER ASANOV, ET AL., | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW MAI NGUYEN and KHOA PHUNG, Plaintiffs herein, who, pursuant to Rule 41 of the Federal Rules of Civil Procedure, give notice of dismissal with prejudice of the above-entitled matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays the Court approve this dismissal with prejudice.

    Respectfully submitted,

    JONES, GILLASPIA & LOYD, L.L.P.

    By:    */s/ John Bruster Loyd*

    John Bruster Loyd
    TBA No. 24009032
    Member NDI
    4400 Post Oak Parkway, Suite 2360
    Houston, Texas 77027
    Telephone   (713) 225-9000
    Facsimile    (713) 225-6126
    bruse@jgl-law.com

    ATTORNEYS FOR PLAINTIFFS

2

APPROVED:

_____ DATE: _____

JUDGE PRESIDING